**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v. Case No. 2:18-cv-02675-BCL-tmp

FC HIGHLANDS, LLC,
THE HIGHLANDS OF MEMPHIS, LLC
f/d/b/a HIGHLANDS OF MEMPHIS
HEALTH & REHAB,
ARIA HEALTH GROUP, LLC,
SKYLINE MANAGEMENT GROUP, LLC, and
SKYLINE OF MEMPHIS HEALTHCARE
AND REHABILITATION CENTER, LLC,
d/b/a THE HIGHLANDS OF MEMPHIS and
NORRISWOOD CARE & REHAB CENTER, LLC,

Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This Court granted Plaintiff's Motion for Default Judgment and then referred this matter to Chief Magistrate Judge Tu M. Pham for an evidentiary hearing and a report and recommendation concerning the issue of remedy, including damages.[1] Doc. 46. Judge Pham held an evidentiary hearing, Doc. 49, then submitted his report and recommendation, Doc. 62. The deadline to object has now passed and no objections were made.

[1] When it was filed in September 2018, this matter was assigned to Judge John T. Fowlkes, Jr. Doc. 2. Judge Fowlkes transferred the case to Judge Mark S. Norris in November 2018. Doc. 8. Judge Norris transferred the case to the undersigned in March 2026. Doc. 45.

A United States District Court Judge may designate a United States Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition by the District Judge of certain motions. 28 U.S.C. § 636(b)(1). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based upon the lack of any objections, the Court **ADOPTS** the Report and Recommendation (Doc. 62) and **GRANTS** the recommended relief *in toto*. Accordingly, this case is **DISMISSED**. Default Judgment shall be entered for Plaintiff. The Clerk **SHALL** close this case.

**IT IS SO ORDERED**, this 24th day of September, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE